Order issued October 5 , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00596-CV

**ARCH INSURANCE COMPANY, Appellant**

**V.**

**UNITED STATES YOUTH SOCCER ASSOCIATION, INC., Appellee**

## ORDER

We **GRANT** the October 3, 2012 unopposed motion of nonresident attorney, Andrew E.

Oldis, for admission *pro hac vice*. We **DIRECT** the Clerk of this Court to add Andrew E. Oldis

as counsel *pro hac vice*.

ELIZABETH LANG-MIERS
JUSTICE